# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SELI, <br><br> Plaintiff, <br><br> vs. <br><br> CITIBANK, N.A., <br><br> Defendant(s). | Case No.: 2:22-cv-08878-RGK-AGR <br><br> **ORDER TO DISMISS WITH PREJUDICE** <br><br> [22] |

Pursuant to the Stipulation of the Parties filed, this is matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 9/19/2023

By: *Gary Klausner*

R. Gary Klausner
United States District Judge